No. 809. ATTIC CLUB, INC. *v.* TEXAS LIQUOR CONTROL BOARD. Appeal from Sup. Ct. Tex. dismissed for want of substantial federal question.

No. 813. TIMMONS *v.* SOUTH CAROLINA TRICENTENNIAL COMMISSION ET AL. Appeal from Sup. Ct. S. C. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 820. COIT ET AL. *v.* GREEN ET AL. Appeal from D. C. D. C. dismissed for want of jurisdiction.

No. 828. WASHINGTON TELEPHONE Co. *v.* WASHINGTON. Appeal from Sup. Ct. Wash. dismissed for want of substantial federal question. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this case.

No. 5978. WASHINGTON *v.* NEW YORK. Appeal from App. Term, Sup. Ct. N. Y., 1st Jud. Dept., dismissed for want of substantial federal question.

No. 6011. FOWLER *v.* ADAMS, SECRETARY OF STATE OF FLORIDA. Appeal from D. C. M. D. Fla. dismissed for want of jurisdiction.

No. 115. JIMENEZ ET AL. *v.* NAFF, YAKIMA COUNTY AUDITOR, ET AL. Appeal from D. C. E. D. Wash. [Probable jurisdiction noted, 397 U. S. 1005.] Judgment vacated and case remanded to the United States District Court for the Eastern District of Washington for further consideration in light of *Oregon* v. *Mitchell, ante,* p. 112.